UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON

| | |
|---|---|
| ANTHONY SMITH, JR. and LORETTA LYNN SMITH | ) CASE NO. 6-11-CV-00270-GFVT ) ) ) |
|     Plaintiffs | ) (*Electronically Filed*) ) |
| And | ) ) |
| CHARTIS CASUALTY COMPANY | ) ) |
|     Intervening Plaintiff | ) ) |
| vs. | ) ) ) |
| ICG ADDCAR SYSTEMS, LLC, JOY TECHNOLOGIES, INC. d/b/a JOY MINING MACHINERY, JOHN A. BAIRD, JR. AND IAN T. CARR | ) ) ) ) ) |
|     Defendants. | ) |

**INTERVENING COMPLAINT**

\* \* \* \* \* \* \* \* \* \*

    Comes now Chartis Casualty Company, by and through counsel, and for its Intervening Complaint herein, states as follows:

    1.  At all times relevant herein, the Intervening Plaintiff was the workers' compensation carrier for the employer of the Plaintiff, Anthony Smith, Jr., and was and is obligated in the future to make workers' compensation payments per KRS 342.730 and KRS 342.020 arising from a work-related injury.

    2.  That the Plaintiff, Anthony Smith, Jr., was at all times relevant herein, an employee of Southern Coal Corporation, as insured by Chartis Casualty Company and

has been paid indemnity benefits, as well as medical expenses, under KRS 342 with respect to the work-related injury sustained on or about October 29, 2010.

3.  That the Intervening Plaintiff hereby adopts any and all allegations of the Plaintiff, Anthony Smith, Jr., set forth in the Complaint against the Defendants, ICG ADDCAR Systems, LLC, Joy Mining Technologies d/b/a Joy Mining Machinery, John A. Baird, Jr., and Ian T. Carr.

4.  That the Plaintiff has instituted this civil action against the Defendants seeking damages from the Defendants' negligence and/or strict products liability, which resulted in a work-related accident on October 29, 2010 and the Plaintiff's injury.

5.  That the Intervening Plaintiff is, to the extent of its obligation, subrogated to the rights of the Plaintiff, and entitled to both reimbursement of all expenditures made at the time of trial and credit respecting such obligations in the future, not exceeding amounts recovered from the Defendants.

WHEREFORE, the Intervening Plaintiff seeks judgment against the Defendants delineated above in the amount of expenditures accrued at the time of trial, along with expenditures paid to the Plaintiff, totaling credits against its future obligation equal to all amounts otherwise recovered and retained by the Plaintiff, its costs and interest expended, and any other relief to which it may be entitled.

Respectfully submitted,

/s/ Roberta K. Kiser
Hon. Roberta K. Kiser
POHL, KISER & AUBREY, PSC
271 West Short Street, Suite 100
Lexington, Kentucky 40507
(859) 381-9224 (phone)
(859) 381-9884 (fax)
rkiser@ppkalaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system on this the 14th day of February, 2012, which will send a notice of electronic filing to the following:

Chauncey S.R. Curtz, Esq.
Grahmn N. Morgan, Esq.
Dinsmore & Shohl, LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
*Counsel for Defendants, ICG ADDCAR Systems, LLC,*
*John A. Baird, Jr., & Ian T. Carr.*

Larry C. Deener, Esq.
Elizabeth Anna Deener, Esq.
Landrum & Shouse, LLP
106 W. Vine Street, Suite 800
P. O. Box 951
Lexington, Kentucky 40588-951
*Counsel for Defendant, Joy Technologies, Inc.,*
*d/b/a Joy Mining Machinery.*

R. Scott Wilder, Esq.
Gambrel & Wilder Law Offices, PLLC
308 Highland Park Drive
Richmond, Kentucky 40475
*Counsel for Plaintiff*

Lawrence L. Jones II, Esq.
Corey Ann Finn, Esq.
Jones Ward, PLC
Marion E. Taylor Building
312 South Fourth Street, 6th Floor
Louisville, KY 40202
*Counsel for Plaintiff*

                                                /s/ Roberta K. Kiser
                                                Hon. Roberta K. Kiser