# Serious Accident No. 3

# Machinery

# Harlan District

# October 29, 2010

# Infinity Energy, Inc.
# Infinity No. 3

# State File No. 18749



## Circumstances of the Accident

On October 29, 2010, the victim reported to work on the first shift where he was employed as the operator of the high-wall miner. The victim had been training a fellow employee to run the machine and was working as a car technician at the time of the accident.

The victim was injured while performing the duties of car technician. He was disconnecting an electrical coupling of a belt conveyor car positioned on the launch of the high-wall miner. The left foot of the victim was crushed between the pusher assembly and the launch guide.

The accident occurred approximately 1.5 miles from the entrance of the mine while retrieving the equipment from the coal seam.



Click to animate

INFINITY ENERGY, INC.
MINE NO. INFINITY NO. 3
FILE NO. 18749
SERIOUS NON-FATAL ACCIDENT REPORT

## ACCIDENT SCENE
## LAUNCH DECK OF THE HIGHWALL MINER



RED ARROW INDICATES THE HIGHWALL MINER

BLUE ARROW INDICATES THE LAUNCH DECK OF THE HIGHWALL MINER

BLACK ARROW INDICATES THE WATER CAR

YELLOW ARROW INDICATES THE DIESEL GENERATOR

GREEN ARROW INDICATES THE COAL STOCKPILE

WHITE DOUBLE ARROW INDICATES THE HIGHWALL