Page 18

1  A        No.
2  Q        Okay. So there's nothing like you said
3  with the fine, a flagrant and knowledgeable violation of
4  the law? There's not anything like that for a citation?
5  A        If it's a violation of the law, then
6  we'll issue a citation.
7  Q        Okay. Is there an appeals process for
8  issuing citations? If you issue a citation, can the
9  company appeal that?
10 A        Yeah. You can go to— appeal it before
11 the Mine Safety Review Commission or I'm thinking the local
12 district court maybe or maybe it's Frankfort. That's in
13 the law. I'd have to look it up.
14 Q        Okay.
15 A        I've actually never had one— I've got
16 one being appealed, but I've never had one appealed up to
17 now.
18 Q        Okay. If you issue a citation to a mine
19 or a company, does that have any effect outside of the-- if
20 there's no fine issued, does that have any effect on the
21 company in terms of its license with the state to mine or
22 anything like that to your knowledge?
23 A        When we get through with our report and
24 issue the citations, if we feel it's warranted by the
25 investigator, that would be me, Greg Goins or Tracy Stumbo,

Page 19

1  we'll write a memo to the Executive Director, Johnny
2  Greene, requesting that they take sanctions before the Mine
3  Safety Review Commission towards that person. It can be a
4  person, company or any party we deem that was flagrantly
5  violating the law and put people in danger.
6  Q        And outside of that process, is there
7  any, basically effect on the company from the issuance of a
8  citation?
9  A        Correct the condition.
10 Q        Okay. I'm talking about in terms of them
11 continuing to be able to mine?
12 A        No. Only if we— only if they take— if
13 they take action against their mine license, and the Mine
14 Safety Review Commission has to do that. We can't do that.
15 Q        Is that action, is that prompted by these
16 memos that you're talking about?
17 A        Yes.
18 Q        Is that when that comes up?
19 A        Yes.
20 Q        All right.
21 A        We refer the memo to Johnny Greene. If
22 Johnny Greene deems it, then he'll— he refers the memo.
23 He'll route the memo on to the Mine Safety Review
24 Commission.
25 Q        Okay. Do you, if you take— if you've

Page 20

1  taken notes during the interview, your initial interviews
2  when you're out on the scene, do you retain those notes?
3  A        I usually destroy those notes.
4  Q        Do you wait a certain period of time
5  before destroying them or do you just— is there no set
6  time?
7  A        When the report is done, I'll go close
8  out with the families and the company. Then I'll come back
9  and I'll take my boss, which is Tracy Stumbo, our chief
10 accident investigator, I'll take him a copy of the report
11 that I've closed out with the company and the family and
12 I'll take him the mine file. And that accident file will
13 have what-- will have the pertinent information from the
14 investigation in it. I just filter, to keep it from being
15 bulky and I just take the garbage out. The reason why I
16 don't keep notes is that sometimes I'll go to a mine site
17 and I'll get information and later on I'll get more
18 accurate information that will contradict the other initial
19 information. I'll find out that that was false. And to
20 keep from having confusing things in the file, I'll filter
21 it out. I'll throw out the things that weren't pertinent
22 or were not actually accurate.
23 Q        Okay.
24 A        I may ask the same question of several
25 different people and not everybody is going to have an

Page 21

1  accurate answer. I may find out later somebody's is not.
2  Q        And to determine what's false is a
3  judgment call that you make, correct, based upon your
4  investigation?
5  A        Sometimes it will be so simple as the
6  seam of coal they're mining. Somebody may be mistaken and
7  think it's another seam of coal. Seams of coal when you're
8  in a mountain are not exactly the same and so when I go to
9  the mine license when I get in the office and I can pull it
10 up on our common system and find the seam of coal they're
11 mining, they might think they're in the part, the upper
12 part and they might actually be in the lower part and they
13 might be in a different seam altogether. Or something as
14 simple as that.
15 Q        And after you've done the close-out
16 interviews and the report has been issued and everything,
17 do you have any additional duties that you're required to
18 do for that particular investigation or is that the
19 conclusion of it?
20 A        On, on— the only thing I do after that
21 is all mine stuff, which is behind right now, but I'll do a
22 Power Point presentation usually and put on our web site.
23 Q        So there's a Power Point of each accident
24 that happened that--
25 A        There's an animated Power Point of each

Page 22

1  accident that happened. Like I said, it's not always up-
2  to-date. We try to keep the names of the people and things
3  on a list up-to-date, but those Power Points come in when
4  they can. I'll take that same Power Point and we do
5  training every January with all of our inspectors
6  throughout the state. We'll hold one at Jenny Wiley and
7  one at Pineville and one at Pennyroyal
8  yat the state parks. We'll bring in the districts that are
9  close in those areas and we'll go over the accidents
10 because our main objective is that we train these
11 inspectors to— so that they might identify that if they're
12 at a mines and prevent somebody from getting hurt or
13 killed.
14 Q         So what's the point of putting the Power
15 Points on-line? Is that as a resource for these inspectors
16 too or is that just for the public?
17 A         As a resource for the public, for the
18 mine operators so that they might find something to prevent
19 something.
20 Q         And is this accessible by the public or
21 is it, do you have to have a code or a special—
22 A         It's accessible by the public. If you go
23 to the Office of Mine Safety and Licensing's web site,
24 there will be a— you can click on a link. It will be
25 under accident investigations and you click on that. It

Page 23

1  will pop up, it will say fatal or serious. If you click on
2  fatal or serious, whichever one you're going to, then it
3  will be— there will be a list of names and the company and
4  the type of accident and the date. You click on that
5  person and it will link you to the report.
6  Q         I'm sorry, I don't think I asked this
7  before. How long have you been in the position of chief or
8  deputy chief investigator?
9  A         I've been in investigation for, full
10 time, three years. I did do investigation work, aiding, as
11 an inspector when I was in, I worked in the Hazard
12 district.
13 Q         Is that the job that you did from when
14 you came to work for the Office of Mine Safety and
15 Licensing from— or I think it was December of 2001 or 2002
16 to the— until you became an investigator?
17 A         No. When I first came, I came as a mine,
18 as an underground safety analyst.
19 Q         Okay. What does that job entail?
20 A         Observing work habits, identifying unsafe
21 habits, actually talking to the person and correcting it
22 and holding safety meetings with all the— with each shift
23 of men.
24 Q         So you're just going out to different
25 mines and doing that type of—

Page 24

1  A         I did—
2  Q         —operation?
3  A         I did that out of the Hazard district. I
4  would be assigned mines. We actually had two safety
5  analysts there that were underground and two surface. I
6  did that for about two years and then I changed over to a
7  mine inspector. The safety analyst just, underground
8  observed the people that work at the face area of the
9  mines. And when I became an inspector, you inspect the
10 mines in its entirety. And I was an inspector for around
11 four years. That's both, that's both surface and
12 underground mines.
13 Q         And during that time you say you were
14 also helping the investigator, was that—
15 A         Yes. I actually helped, I actually
16 helped with the Kentucky Darby investigation. I had done
17 several in the Hazard district and then when the Darby
18 explosion, well, it actually wasn't my district, it was in
19 the Harlan district and I went and helped with it because I
20 actually mapped it all out in CAD for us. I did all of the
21 discovery of the site investigation and I did the mapping
22 of it. I didn't do any questioning or didn't help compile
23 the report.
24 Q         And you investigated the mine accident
25 involving Anthony Smith that occurred October 29th of last

Page 25

1  year, is that right?
2  A         Yes, I did.
3  Q         How did you first become aware of that
4  accident?
5  A         I was called by the chief investigator,
6  Tracy Stumbo, and asked to go to the Harlan district and
7  investigate this accident.
8  Q         Do you remember what details you were
9  provided through that phone call, or was it just there's
10 been an accident, go investigate it?
11 A         I was told that there was an accident at
12 the mine and that we had an inspector in that area that had
13 gotten there and seen Mr. Smith before he left the mine
14 site and had seen his injuries and thought that it looked
15 bad to him and so that I needed to go and check on the
16 accident.
17 Q         Who was the investigator that was there?
18 A         The inspector?
19 Q         Or the inspector, I'm sorry.
20 A         I'm not sure. It was someone out of the
21 Harlan district.
22 Q         And this accident occurred in a mine in
23 Bledsoe, Kentucky in Harlan County?
24 A         Yes.
25 Q         And what did you do at that point when