IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
6:11-CV-00270-ART-HAI

| | |
|---|---|
| ANTHONY SMITH, JR. and LORETTA LYNN SMITH | PLAINTIFFS |
| and | |
| CHARTIS CASUALTY COMPANY | INTERVENING PLAINTIFF |
| v.    **PROPOSED ORDER** | |
| JOY TECHNOLOGIES INC. d/b/a JOY MINING MACHINERY | DEFENDANTS |

**********

Upon Plaintiffs' Response in Opposition to Defendant's Motion *in Limine* to Exclude Computer Animation in Plaintiffs' Exhibit 4 Absent Proper Foundation (DN 170), and after having considered the briefing and arguments of all parties, the motion is **DENIED.**

So ordered this __ day of September, 2014.

_____
United States District Court Judge